O'CONNOR PLAYDON & GUBEN LLP
A Limited Liability Law Partnership

JAMES A. KAWACHIKA 1317-0
JARED A. WASHKOWITZ 7653-0
Pacific Guardian Center, 24th Floor
733 Bishop Street
Honolulu, Hawaii 96813
Phone: 524-8350

Attorneys for Plaintiff
PAUL POZZI dba POZ TRADING

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| PAUL POZZI dba POZ TRADING | Case No. CV 11-00399 DAE-KSC |
|---|---|
| Plaintiff, | FINDINGS AND RECOMMENDATION REGARDING PLAINTIFF PAUL POZZI dba POZ TRADING'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT AMERICAN PACIFIC, INC.-INTERNATIONAL |
| vs. | |
| AMERICAN PACIFIC, INC.-INTERNATIONAL; JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10 and DOE CORPORATIONS 1-10, | |
| Defendants. | |

**FINDINGS AND RECOMMENDATION** REGARDING PLAINTIFF PAUL POZZI dba POZ TRADING'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT AMERICAN PACIFIC, INC.-INTERNATIONAL

This matter came for hearing before the Court on September 15, 2011 at 9:30 a.m. upon Plaintiff PAUL POZZI dba POZ TRADING ("Plaintiff")'s Motion for Entry of Default Judgment against Defendant AMERICAN PACIFIC, INC.-INTERNATIONAL ("Defendant").

Counsel for Plaintiff appeared at the hearing.  Defendant did not oppose the Motion, appear at the hearing, or communicate with the Court regarding the Motion.

This Court, having reviewed Plaintiff's moving papers, having heard the arguments of Plaintiff's counsel, and after considering the factors set forth in Eitel v. McCool, 892 F.2d 1470 (9th Cir. 1986), recommends that since Defendant has failed to plead in response to, or otherwise defend against the Complaint filed herein on June 22, 2011, Default Judgment should be entered against Defendant in the following amounts:

- Principal:  $198,850.31
- Pre-judgment interest:  $26,157.56
- Attorney's Fees:  $7,679.50
- Costs, per Declaration of Counsel:  $591.07

Post-judgment interest to accrue from date of judgment at a rate of 10% per annum.

DATED:  Honolulu, Hawaii, September 30, 2011.



Kevin S.C. Chang
United States Magistrate Judge

2