IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PAUL POZZI dba POZ TRADING, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AMERICAN PACIFIC, INC.- )<br>INTERNATIONAL; JOHN DOES 1- )<br>10, JANE DOES 1-10; DOE )<br>PARTNERSHIPS 1-10 and DOE )<br>CORPORATIONS 1-10, )<br>)<br>Defendants. )<br>_____ ) | CIVIL 11-00399-DAE-KSC |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 3, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION REGARDING PLAINTIFF PAUL POZZI dba POZ TRADING'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

AGAINST DEFENDANT AMERICAN PACIFIC, INC.-INTERNATIONAL,"

docket entry no. 16, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 20, 2011.



_____
David Alan Ezra
United States District Judge

Paul Pozzi vs. American Pacific, Inc., et al., Civil No. 11-399 DAE-KSC; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION